IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06- 115 |
| JOHN T. BROTHERS, III, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of John T. Brothers, III, pursuant to an Indictment returned against him by the Federal Grand Jury on October 12, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: October 12, 2006

AND NOW, this __12__ day of __October__, 2006, based upon the foregoing Motion,



FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of John T. Brothers, III.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge