IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-115 |
| JOHN T. BROTHERS, III, | : | |
| Defendant. | : | |

**MOTION AND ORDER TO UNSEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Indictment, Motion and Order for Arrest Warrant, and related file, due to the arrest and apprehension of the defendant.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: October 18, 2006

IT IS SO ORDERED this _____ day of __October__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE