UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN T. BROTHERS, III<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR06-115-UNA<br>)<br>)<br>)<br>)<br>) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on Oct. 19, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 13, 2006. The time between the date of this order and December 13, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                    _____
                                                    Honorable Mary Pat Thynge
                                                    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

OCT 18 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE