AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

JOHN T. BROTHERS, III

**WARRANT FOR ARREST**

Case Number: CR 06-115-UNA

To: The United States Marshal
and any Authorized United States Officer



~~SEALED~~  Unsealed (ew)
10/18/06

YOU ARE HEREBY COMMANDED to arrest _____ JOHN T. BROTHERS, III _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

CREDIT CARD FRAUD;
AGGRAVATED IDENTITY THEFT;
POSSESSION OF 15 OR MORE UNAUTHORIZED ACCESS DEVICES;
WIRE FRAUD;
ATTEMPTED WIRE FRAUD

FILED
OCT 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1029(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

BY: [signature] ; Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

10/12/06 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

3802 Orchard Rd WILMINGTON DE 19808

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Detective N. Skubik | [signature] |
| DATE OF ARREST 10/K/06 | Delaware State Police | |