UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-115-UNA |
| : | |
| John T. Brothers, III : | |
| : | |
| Defendant. : | |
| : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, John T. Brothers, III, in the above-captioned matter.

/s/
_____
ELENI KOUSOULIS, ESQUIRE


_____
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: October 20, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Marty Eating, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 20, 2005, to:

> Beth Moskow-Schnoll
> Assistant United States Attorney
> United States Attorney's Office
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046

> /s/ _____
> CHRISTOPHER S. KOYSTE, ESQUIRE
> Assistant Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801
> Attorney for Defendant

DATED: October 20, 2006