PS 42
(Rev 07/93)

# United States District Court

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **John T. Brothers** | ) | Case No. CR-06-115 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, John T. Brothers, have discussed with Craig H. Carpenter, Pretrial Services/Probation Officer, modification of my release as follows:

1. The defendant shall participate in a mental health program, which may include testing, at the direction of the U.S. Probation Office.

2. The defendant shall not be in possession of a credit card or credit card application during the pretrial supervision term.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-R-06    _____  10/19/06
Signature of Defendant       Date       Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10-24-06
Signature of Defense Counsel    Date

[✓]  The above modification of conditions of release is ordered, to be effective on 11/7/06.

[ ]  The above modification of conditions of release is **not** ordered.

FILED
NOV 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE