IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-115-KAJ |
| JOHN T. BROTHERS, III, | : |
| Defendant. | : |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant U.S. Attorney, and hereby respectfully requests an enlargement of time within which to file pretrial motions. Discovery, which includes over 800 pages of documents, several computer discs containing the results of the forensic examinations of two computers, and two videotapes, has not yet been completed. Furthermore, on the day of the defendant's arrest, officers obtained a third computer from the defendant, and the forensic examination of that computer has not yet been completed. Once counsel for the defendant obtains all the discovery, he will need time to review and respond to the discovery. Therefore, the parties respectfully request that the time for filing of pretrial motions be extended for at least two months, or until February 13, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:       /s/
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: December 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-115-KAJ |
| JOHN T. BROTHERS, III, | : |
| Defendant. | : |

## ORDER

And now, this _____ day of _____, 2006, having considered the parties' request for an enlargement of time within which to file pretrial motions, it is hereby ORDERED that the deadline for the defendant to file pretrial motions is extended until February 13, 2007. For the reasons stated in the government's Motion for Enlargement of Time, the time between the date of this order and February 13, 2007, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

HONORABLE KENT A. JORDAN
United States District Judge