IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-115-KAJ |
| JOHN T. BROTHERS, III, | : |
| Defendant. | : |

**ORDER**

And now, this 12th day of December, 2006, having considered the parties' request for an enlargement of time within which to file pretrial motions, it is hereby ORDERED that the deadline for the defendant to file pretrial motions is extended until February 13, 2007. For the reasons stated in the government's Motion for Enlargement of Time, the time between the date of this order and February 13, 2007, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

HONORABLE KENT A. JORDAN
United States District Judge