IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Crim. No. 06-115-SLR |
| JOHN T. BROTHERS, III, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 20th day of February, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, March 5, 2007 at 9:00 a.m.**, with the court initiating said call.

                                            _____
                                            United States District Judge