UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-115-SLR |
| JOHN T. BROTHERS, III, | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Defendant, John T. Brothers, III, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an Order to continue the March 5, 2007 Scheduling Conference, which is scheduled for 9:00 a.m. As grounds, it is stated:

1. Mr. Brothers was charged with committing wire fraud, in violation of 18 U.S.C.§ 1343, credit card fraud, in violation of 18 U.S.C. § 1029(a)(2), aggravated identity theft, in violation of 18 U.S.C. § 1028A, possession of 15 or more unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3), and attempted wire fraud, in violation of 18 U.S.C. §§1343 and 1349.  Mr. Brothers is currently on bail, gainfully employed and being supervised by Pre-Trial Services.  The parties have made progress toward resolving this action and are in final negotiations.

2. Mr. Brothers respectfully requests a continuance of the Scheduling Conference, which will provide the parties with additional time to amicably resolve this case.  David Weiss, Acting Chief of the Criminal Division of the United States Attorney's Office, informed Counsel that the government does not oppose this request.

3. Both parties are available on April 5, 2007 at 2:00 p.m. and respectfully request that the Scheduling Conference be scheduled at this date and time or to a time consistent with the Court's calendar. In the event that a Plea Agreement is reached, the parties will promptly notify the Court and request a Rule 11 Change of Plea Hearing instead of the Scheduling Conference.

**WHEREFORE**, Mr. Brothers respectfully requests that the Court continue the Scheduling Conference to April 5, 2007 at 2:00 p.m. or to a time consistent with the Court's calendar.

EDSON A. BOSTIC
Acting Federal Public Defender


By:  ⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
efc_de@msn.com
Attorney for John T. Brothers, III

DATED: March 1, 2007

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that Defendant's Motion for Continuance of Scheduling Conference is available for public viewing and downloading and was electronically delivered on March 1, 2007 to:

      David Weiss, Acting Chief of the Criminal Division
      United States Attorney's Office
      1007 Orange Street, Suite 700
      Wilmington, Delaware 19801

      EDSON A. BOSTIC
      Acting Federal Public Defender

By:    /s/
      CHRISTOPHER S. KOYSTE, ESQUIRE
      Assistant Federal Public Defender
      704 King Street, Suite 110
      Wilmington, Delaware 19801
      302-573-6010
      efc_de@msn.com
      Attorney for John T. Brothers, III

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-115-SLR |
| | : | |
| JOHN T. BROTHERS, III, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this _____ Day of March, 2007, upon consideration of Defendant's Motion For Continuance of Scheduling Conference, it is hereby **ORDERED** that Defendant, John T. Brothers, III's Scheduling Conference is continued to April 5, 2007 at 2:00 p.m.

_____
Chief Judge Sue L. Robinson
United States District Court