UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-115-SLR |
| JOHN T. BROTHERS, III, | : |
| Defendant. | : |

### ORDER

AND NOW, this _2d_ Day of March, 2007, upon consideration of Defendant's Motion For Continuance of Scheduling Conference, it is hereby **ORDERED** that Defendant, John T. Brothers, III's Scheduling Conference is continued to April 5, 2007 at 2:00 p.m.

_____
Chief Judge Sue L. Robinson
United States District Court