IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-115-SLR |
| ) | |
| JOHN T. BROTHERS, III, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 23rd day of March, 2007,

IT IS ORDERED that the telephone status conference scheduled for **April 5, 2007** is **cancelled** and **rescheduled** to commence on **Monday, April 2, 2007 at 2:30 p.m.**, with the court initiating said call.

_____
United States District Judge