IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN T. BROTHERS, III, )<br>)<br>Defendant. ) | Crim. No. 06-115-SLR |

**ORDER**

At Wilmington this 10th day of April, 2007, having conferred with counsel,

IT IS ORDERED that a telephone status conference is scheduled for **Tuesday, April 24, 2007** at **3:30 p.m.**, with the court initiating said call.

                                                                                  _____
                                                                                  United States District Judge