IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-115-SLR |
| ) | |
| JOHN T. BROTHERS, III, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 24th day of April, 2007, having conferred with counsel,

IT IS ORDERED that a telephone status conference is scheduled for **Friday, May 4, 2007** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge