IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-115-SLR |
| | ) |
| JOHN T. BROTHERS, III, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 4th day of May, 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Thursday, May 17, 2007 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge