IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-115-SLR |
| ) | |
| JOHN T. BROTHERS, III, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 17th day of May, 2007, having conferred with the parties and there being no objection thereto; ,

IT IS ORDERED that, pending sentencing, defendant shall no longer be required to participate in a home confinement program, as originally ordered. (D.I. 6 ¶ (7)(t)).

_____
United States District Judge