UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
| :  | |
| Plaintiff,       : | |
| : | |
| v.       : | Criminal Action No. 06-115-SLR |
| : | |
| JOHN T. BROTHERS III,       : | |
| : | |
| :  | |
| Defendant.       : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Cathy A. Jenkins, Esquire as attorney on behalf of Defendant, John T. Brothers III, above-captioned matter.

　　　　　　　　　　　　　　　　　　　　/s/ Cathy A. Jenkins
　　　　　　　　　　　　　　　　　　　　CATHY A. JENKINS, ESQUIRE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　First Federal Plaza, Suite 110
　　　　　　　　　　　　　　　　　　　　704 King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　302-573-6010
　　　　　　　　　　　　　　　　　　　　ecf_de@msn.com

DATED:  June 8, 2007