IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-115-SLR |
| JOHN T. BROTHERS, | : | |
| Defendant. | : | |

### ORDER

In response to Defendant's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __12th__ day of __September__, 2007, that Defendant's sentencing hearing be re-scheduled for the __4th__ day of __December__, 2007 at __4:30__ a.m/**p.m.**

_____
The Honorable Sue L. Robinson
United States District Court