*Filed in open court*
*FMT 12/4/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-115-SLR |
| JOHN T. BROTHERS, III, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts One through Thirteen, Fifteen, and Eighteen of the Indictment as they relate to this defendant, pursuant to the Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: December 4, 2007

**IT IS SO ORDERED** this __4th__ day of __December__, 2007.

/s/ Sue L. Robinson
HONORABLE SUE L. ROBINSON
United States District Court